CATHERINE CORTEZ MASTO
Attorney General
CHARLES A. MACKEY
Deputy Attorney General
Nevada State Bar No. 7073
Bureau of Litigation
Personnel Division
555 East Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3125
Fax: (702) 486-3773
Attorneys for Defendants
  JAMES G. COX, E.K. MCDANIEL and
  STATE OF NEVADA, ex rel., ITS
  DEPARTMENT OF CORRECTIONS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KIM,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, DEPARTMENT OF CORRECTIONS, JAMES G. COX, Individually and in his Official Capacity as Director of the Department of Corrections, and E.K. McDANIEL,<br><br>  Defendants. | Case No.: 2:11-cv- 01153-LRH-RJJ<br><br>**DEFENDANTS STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; JAMES G. COX; and E.K. McDANIEL's REQUEST FOR EXCEPTION TO ENE ATTENDANCE** |

COME NOW Defendants, STATE OF NEVADA, ex rel. ITS DEPARTMENT OF CORRECTIONS; JAMES G. COX; and E.K. McDANIEL, by and through legal counsel, Nevada Attorney General CATHERINE CORTEZ MASTO, and Deputy Attorney General CHARLES MACKEY, and hereby submit their Request for exception to Defendant E.K. McDaniel's in person attendance at the ENE Conference.

Defendant McDaniel is located in northern Nevada. On December 13, 2011 he is scheduled to be at a settlement conference in federal court in Northern Nevada that was scheduled prior to the current matter. On December 15 he is scheduled to be the Department of Corrections' representative at a personnel hearing in Northern Nevada that was scheduled prior to the current matter. Defendant McDaniel will be available via telephone. Defendant

Cox will be present in his individual capacity as well as Director of Defendant Department of Corrections. Nancy Bowman, Attorney General Tort Claim Administrator will also be present at the Early Neutral Evaluation Conference.

Defendants' counsel has discussed the matter with Plaintiff's counsel who has no objection to Defendant McDaniel participating via telephone. Defendants therefore request Defendant McDaniel be exempted from attending in person and be allowed to participate via telephone.

DATED this 8th day of December, 2011.

CATHERINE CORTEZ MASTO
Attorney General

By: __/s/ Charles A. Mackey____
CHARLES A. MACKEY, ESQ.
Deputy Attorney General
Bureau of Litigation
Personnel Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

**ORDER**

It is so ordered this 12th day of December, 2011.

_____
UNITED STATES MAGISTRATE

-2-